**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

RONALD BROOKS, EMANUEL TORRES,
JONATHAN STOPANI, JEFFREY WINES,
and STEVEN J. HAWKINS, JOSE
LAZADA, JOSE CLASS, JOSE A. COLON,
AND DANIEL DELGADO

        **Plaintiffs,**

-vs-                                    Case No. 6:06-cv-631-Orl-31DAB

**A RAINALDI PLUMBING, INC.,**
**MICHAEL'S PLUMBING OF CENTRAL**
**FLORIDA, INC.,**
**FRANK PAUL RAINALDI,**
**MICHAEL J. REYNOLDS,**
        **Defendants.**
_____

## ORDER

Upon consideration of Defendants' Motion for Reconsideration (Doc. 70) and Plaintiff's Response (Doc. 75), it is

**ORDERED** that Defendant's Motion is GRANTED. The Court's Order on January 22, 2007 (Doc. 67) is hereby VACATED. If Plaintiffs seek to add additional parties, they may file a motion seeking permission to do so within 11 days.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on February 21, 2007.

Copies furnished to:

Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE